1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2  MICHELLE LO (NYBN 4325163)
   Chief, Civil Division
3  EMMET P. ONG (NYBN 4581369)
   Assistant United States Attorney
4

5       1301 Clay Street, Suite 340S
        Oakland, California 94612-5217
6       Telephone: (510) 637-3929
        Facsimile: (510) 637-3724
7       E-mail: emmet.ong@usdoj.gov

8
   Attorneys for Petitioner
9  UNITED STATES OF AMERICA

10

11                        UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                       ~~SAN FRANCISCO~~ DIVISION
                                  SAN JOSE
14
   UNITED STATES OF AMERICA,              )   Civil Action No.
15                                        )
           Petitioner,                    )
16                                        )
      v.                                  )
17                                        )   ~~[PROPOSED]~~ ORDER TO SHOW CAUSE
   JOJI MAE Y DEANG,                      )   WHY INTERNAL REVENUE SERVICE
18                                        )   SUMMONS SHOULD NOT BE ENFORCED
           Respondent.                    )
19  _____ )

20

21

22

23

24

25

26

27

28

   ~~[PROPOSED]~~ ORDER TO SHOW CAUSE
   NO.

1   Good cause having been shown by Petitioner upon its petition filed in the above-entitled

2   proceeding, it is hereby:

3   ORDERED that Respondent Joji Mae Y Deang appear before this Court on the 10th day of

4   January___, 202~~2~~3, at 10:00 a.m./~~p.m.~~, in Courtroom No. 2 , 5th Floor, United States District

5   Court, ~~450 Golden Gate Avenue, San Francisco~~ 280 S. 1st St., San Jose, California, and then and there show cause, if any, why

6   Respondent should not be compelled to appear and provide documents and testimony as required by the

7   summons heretofore served upon Respondent as alleged and set forth in particular in said petition; and it

8   is further:

9   ORDERED that a copy of this Order to Show Cause, together with a copy of the aforesaid

10  petition, be served upon said Respondent in accordance with Rule 4 of the Federal Rules of Civil

11  Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is

12  further:

13  ORDERED that within twenty-one (21) days before the return date of this Order, Respondent

14  may file and serve a written response to the petition, supported by appropriate affidavit(s) or

15  declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion Respondent desires to

16  make, that the Petitioner may file and serve a written reply to such response, if any, within fourteen (14)

17  days before the return date of this Order; that all motions and issues raised by the pleadings will be

18  considered on the return date of this Order, and only those issues raised by motion or brought into

19  controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be

20  considered at the return of this Order, and any uncontested allegation in the petition will be considered

21  admitted.

22  ORDERED this 26th day of October___, 2022.

23

24  *Virginia K. DeMarchi*

25  UNITED STATES ~~DISTRICT~~ JUDGE

26              MAGISTRATE
    Virginia K. DeMarchi

27

28

~~[PROPOSED]~~ ORDER TO SHOW CAUSE
NO.                                              1