1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYBN 4325163)
   Chief, Civil Division
3  EMMET P. ONG (NYBN 4581369)
4  Assistant United States Attorney

5     1301 Clay Street, Suite 340S
      Oakland, California 94612-5217
6     Telephone: (510) 637-3929
      Facsimile: (510) 637-3724
7     E-mail: emmet.ong@usdoj.gov

8  Attorneys for Petitioner
9  UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Civil Action No. 5:22-cv-06481-VKD |
|---|---|
| Petitioner, | ) |
| v. | ) **PETITIONER UNITED STATES OF AMERICA'S STATUS REPORT** |
| JOJI MAE Y DEANG, | ) |
| Respondent. | ) |

Pursuant to the Court's order dated October 11, 2023, Dkt. No. 24, Petitioner United States of America provides the following status report.

After the Court issued its contempt order on September 11, 2023, Dkt. No. 23, the parties exchanged communications, pursuant to which the parties agreed that Respondent Joji Mae Y Deang, along with her husband, would appear in front of an IRS revenue officer for testimony on October 11, 2023, at 10:00 a.m. On the afternoon of October 11, 2023, the revenue officer notified the undersigned counsel for the United States that Ms. Deang and her husband appeared, and that the revenue officer was satisfied with the testimony provided.

In light of the foregoing developments, the government respectfully requests that the Court find that Ms. Deang has successfully purged the contempt and that no sanctions be imposed on Ms. Deang in connection with the contempt order. In addition, because the government is satisfied with Ms. Deang's response to the summons, the government respectfully requests that the Court terminate this matter.[1]

DATED: October 11, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 /s/ Emmet P. Ong
EMMET P. ONG
Assistant United States Attorney

*Attorneys for Petitioner United States of America*

---

[1] Because the government is requesting that this case be closed and that no sanctions be imposed on Ms. Deang, the government did not seek Ms. Deang's input on this status report.